**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **JAMES PHILL BANKSTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:08-CV-76** |
| | ) | **(Phillips)** |
| **CITY OF CLINTON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motions to dismiss filed by defendants Anderson County, Tennessee, Carl Bailey, and the City of Clinton, Tennessee. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** on the merits.

The final pretrial conference scheduled for June 13, 2012 and the trial scheduled for June 19, 2012 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of May, 2011.


                                     _____s/ Patricia L. McNutt_____
                                     Clerk of Court